In the Matter of the Claim of Rudolph E. Pritz, Respondent, for Compensation under the Workmen's Compensation Law, v. G. B. Beau-

mont Company, Employer, and London Guarantee and Accident Com-
pany, Insurer, Appellant.— Award reversed and claim disallowed. All
concurred.